IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STANLEY L. WILLIAMS,
        Plaintiff,
    v.                                       **Judgment in a Civil Case**
BEVERLY EAVES PERDUE; ROY ALLEN
COOPER; ALVIN W. KELLER, JR.;
LEWIS SMITH,
        Defendants.                    Case Number: 5:11-CT-3041-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(g).

<u>This Judgment Filed and Entered on November 8, 2011, with service on:</u>
Stanley L. Williams  0444886, Brown Creek Correctional Institution, P.O. Box 310, Polkton, NC 28135 (via U.S. Mail)

November 8, 2011                                    /s/ Dennis P. Iavarone
                                                                Clerk